**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 15 |
| ENERGERA, INC., *et al.*,[1] | § § § | Case No. 26-90433 (ARP) |
| Debtors. | § § § § | (Jointly Administered) |

**WITNESS AND EXHIBIT LIST**

<table>
<tr><td colspan="2">UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION</td></tr>
<tr><td><b>Case No. 26-90433</b></td><td>In re Energera, Inc., et al.</td></tr>
<tr><td></td><td>COURTROOM STAFF:</td></tr>
<tr><td></td><td>DATE: August 6, 2026, 11:15 a.m.</td></tr>
<tr><td></td><td><b>PARTY'S NAME:</b> Ricky St. Julien</td></tr>
<tr><td></td><td>ATTORNEY'S NAME:<br>Reese W. Baker</td></tr>
<tr><td></td><td>ATTORNEY'S PHONE:<br>(713) 979-2251</td></tr>
<tr><td></td><td>NATURE OF PROCEEDINGS:<br>Hearing on <i>Motion to Lift the Stay to Allow Employment Discrimination Lawsuit to Proceed,</i> ECF No. 39</td></tr>
<tr><td><b>WITNESSES:</b></td><td></td></tr>
<tr><td>Ricky St. Julien – Fact Witness</td><td></td></tr>
<tr><td>Karen Elena Alday  – Fact Witness</td><td></td></tr>
<tr><td>Pooneh Azandaryani Momeni – Fact Witness</td><td></td></tr>
<tr><td>Sameer Shakil Karim – Fact Witness</td><td></td></tr>
<tr><td>Any rebuttal witnesses</td><td></td></tr>
<tr><td>Any witness called or designated by opposing counsel.</td><td></td></tr>
</table>

| NO. | DESCRIPTION OF EXHIBITS | Offered | Objection | Admitted | Disposition After Trial |
|---|---|---|---|---|---|
| 1 | Original Complaint | | | | |
| 2 | First Amended Complaint | | | | |

---

[1]   Simultaneous chapter 15 petitions are filed by the Receiver for the following affiliated debtors: Energera Inc. f/k/a Frac Shack, Inc.; Energera America Inc. f/k/a Frac Shack America, Inc.; and Sandtinel LLC.

| 3 | Docket Sheet for Case No. 4:25-cv-01827, Federal District Court for the Southern District of Texas, Houston Division | | | | |
| --- | --- | --- | --- | --- | --- |
| | Any documents filed on the docket of the case | | | | |
| | Any exhibits designated by any other parties in interest | | | | |
| | Impeachment and rebuttal exhibits | | | | |

Dated:  August 4, 2026                    Respectfully Submitted,

/s/ Reese W. Baker
Reese W. Baker
TX Bar No. 01587700
Baker & Associates
950 Echo Lane, Suite 300
Houston, Texas 77024
(713) 979-2279
(713) 869-9100 fax
Email: courtdocs@bakerassociates.net

ATTORNEYS FOR MOVANT, RICKY ST JULIEN

## CERTIFICATE OF SERVICE

I certify that on or about August 4, 2026, I caused a true and correct copy of the forgoing document along with all exhibits to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Reese W. Baker
Reese W. Baker